## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY and LIBERTY INSURANCE UNDERWRITERS, INC., | Civil Action No. 3:16-cv-04029 (FLW) (LHG) |
| Plaintiffs, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| WAL-MART STORES, INC. and WAL-MART TRANSPORTATION, LLC, | |
| Defendants. | |

Plaintiffs The Ohio Casualty Insurance Company and Liberty Insurance Underwriters Inc. (collectively "Plaintiffs") and Defendants Wal-Mart Stores, Inc. and Wal-Mart Transportation, LLC (collectively "Wal-Mart") hereby stipulate and agree as follows: (1) all claims by Plaintiffs against Wal-Mart are dismissed in their entirety with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure; and (2) all claims by Wal-Mart against Plaintiffs are dismissed in their entirety with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

By: _/s/ Paul R. Koepff_

    CLYDE & CO US LLP
    Paul R. Koepff
    Eduardo DeMarco
    200 Campus Drive, Suite 300
    Florham Park, NJ 07932
    Attorneys for Plaintiffs,
    The Ohio Casualty Insurance Company
    and Liberty Insurance Underwriters Inc.

Dated: July 31, 2017

By: _/s/ William G. Passannante_

    ANDERSON KILL, P.C.
    William G. Passannante
    Diana Shafter Gliedman
    1251 Avenue of the Americas
    New York, NY 10020-1182
    Attorneys for Defendants,
    Wal-Mart Stores, Inc. and
    Wal-Mart Transportation, LLC

Dated: July 31, 2017

(continued on next page)

By:    */s/ Vineet Bhatia*
      SUSMAN GODFREY LLP
      Vineet Bhatia
      Neal Manne
      1000 Louisiana Street
      Suite 5100
      Houston, TX  77002
      Attorneys for Defendants,
      Wal-Mart Stores, Inc. and
      Wal-Mart Transportation, LLC

Dated: July 31, 2017

**SO ORDERED**

_____
Hon. Freda L. Wolfson, U.S.D.J.
Dated:

2